No. 76–845. GILINSKY v. COLUMBIA UNIVERSITY ET AL. Ct. App. N. Y. Certiorari denied.

No. 76–848. McCLENDON ET AL. v. SLATER, SECRETARY, STATE ELECTION BOARD, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 76–849. WOODMAR REALTY CORP. ET AL. v. SAMUEL C. ENNIS & CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–850. BLACK MUSICIANS OF PITTSBURGH ET AL. v. LOCAL 60–471, AMERICAN FEDERATION OF MUSICIANS, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–856. SOUTHERN CONCRETE CO. v. UNITED STATES STEEL CORP. C. A. 5th Cir. Certiorari denied.

No. 76–872. BURROUGHS v. BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS ET AL.; and
No. 76–912. BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS v. BURROUGHS ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–873. ARTHUR ANDERSEN & CO. v. OHIO ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–875. RATLIFF ET AL. v. LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT. Sup. Ct. Ky. Certiorari denied.

No. 76–882. COGDELL v. FORT WORTH NATIONAL BANK, TRUSTEE. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.